**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

YVONNE SCOTT,

               *Plaintiff,*

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

               *Defendant.*

CIVIL ACTION
NO. 17-4023

## ORDER

**AND NOW**, this 17th day of January, 2019, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 7). Defendant's Response (ECF No. 8), Plaintiff's Reply (ECF No. 9) and the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice, (ECF No. 12), and it appearing that neither plaintiff nor the Commissioner have objected to the report, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**, and the decision of the Commissioner of Social Security is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Rice's Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.